UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY FRANCHI,<br><br>  Plaintiff,<br><br>  v.<br><br>GENMARK DIAGNOSTICS, INC., KEVIN C. O'BOYLE, DARYL J. FAULKNER, JAMES FOX, LISA M. GILES, and MICHAEL S. KAGNOFF,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No1: 21-cv-00496-MN<br>)<br>)<br>)<br>) **COMPLAINT FOR VIOLATIONS OF**<br>) **THE FEDERAL SECURITIES LAWS**<br>)<br>) JURY TRIAL DEMANDED<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 5, 2021                                **LONG LAW, LLC**

                                         By:   */s/ Brian D. Long*
                                               Brian D. Long (#4347)
                                               3828 Kennett Pike, Suite 208
                                               Wilmington, DE 19807
                                               Telephone: (302) 729-9100
                                               Email: BDLong@longlawde.com

                                               *Attorneys for Plaintiff*